# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JACQUELINE FARMER,

                        Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,

                        Defendant.

-----------------------------------------------------------X

20 CIVIL 7763 (JLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 1, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         July 1, 2021

                                         **RUBY J. KRAJICK**

                                          Clerk of Court

                BY:

                                          **Deputy Clerk**